

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMIRO LOPEZ-IMITALO,

    Petitioner,

vs.

    Docket No.:  10 Civ. 3228 (RPP)
                   1:03-CR-00294

UNITED STATES OF AMERICA

    Respondent.

_____/

DOC # 153

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/10

## PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

COMES NOW, Ramiro Lopez-Imitalo by and through undersigned counsel with this request for an approval from this Honorable Court for a 15 day enlargement of time to file a reply to the Government's opposition to the Title 28 USC § 2255 and provides as follows:

1. On June 23, 2010 the Government filed a 46 page response along with 28 pages of exhibits in opposition to Petitioner's allegations.

2. It will be required that Counsel consult with Petitioner in preparation of the reply.

3. Counsel has requested a legal telephone call with the Federal Bureau of Prisons and anticipates that the call should be approved this week.

4. Counsel anticipates that within 15 days, a proper reply to the Title 28 U.S.C. § 2255 can be prepared.

*Application granted*
*So ordered*
[signature]
USDJ
7/21/10

5. Apart from counsel's private practice, counsel is also employed with the State of Florida's Regional Counsel for the Third Region of Florida Office of Criminal Conflict and Civil Regional Counsel's Office.

5. During the week preceding the Government's response, Counsel is required to prepare for either pleas or trials in the cases of *State of Florida v. Wilk*, F09-039915B; *State of Florida v. Ramard*, F10-011522C; *State of Florida v. Baker*, F10-006374A and *State of Florida v. Joanne*, F09-012835A.

6. Counsel's staff has attempted to contact A.U.S.A. Marc Berger who is assigned to this case to ascertain any objections; however no notification in opposition has been received.

7. The Government will not be prejudiced by this request nor is this request being made to frustrate these proceedings.

Wherefore, Petitioner Ramiro Lopez-Imitalo respectfully prays this Honorable Court will grant this request and allow a 15 day enlargement of time to file a reply brief in this case.

Done this 30th of June 2010

Law Offices Henry E. Marines
Henry E. Marines, PA
Florida Bar # 702722
8501 SW 124th Avenue, Suite # 204A
Miami, Florida 33183
(305) 412-4443 Office
(305) 704-8217 Fax
Email: hm@henrymarineslaw.com

## CERTIFICATE OF SERVICE

I hereby do certify that on <u>June 30th 2010,</u> I filed the foregoing via First Class with the Clerk of Court via U.S. Mail.

*[signature]*

Law Offices Henry E. Marines
Henry E. Marines, PA
Florida Bar # 702722
8501 SW 124th Avenue, Suite # 204A
Miami, Florida 33183
(305) 412-4443 Office
(305) 704-8217 Fax
Email: hm@henrymarineslaw.com

3