# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 2 FEB 2011

RAMIRO LOPEZ-IMITALO,
        Petitioner,

vs.
        Docket No.: 10 Civ. 3228 (Rpp)
        S4 03 CR 294 (Rpp)

UNITED STATES OF AMERICA
        Respondent.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner RAMIRO LOPEZ-IMITALO with his Notice of Appeal pursuant

to Rule 4, of the Federal Rules of Appellate Procedure, on the District Court's Order entered on

December 23, 2010.

        Done this 18th day of February 2011

        Respectfully submitted,

        Law Offices of Henry E. Marines
        HENRY E. MARINES, PA
        Florida Bar No.: 702722
        8501 S.W. 124 Avenue, Suite 204
        Miami, FL 33183
        (305) 412-4443 Office
        (305) 704-8217 Fax
        e-mail: hm@henrymarineslaw.com

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this pleading was filed via First Class Mail and ECF Filing to: AUSA Marc Berger, United States Attorney's Office, One Saint Andrews Plaza, New York, NY 10007.

Done this 18th day of February 2011

Respectfully submitted,

_____
Law Offices of Henry E. Marines
HENRY E. MARINES, PA
Florida Bar No.: 702722
8501 S.W. 124 Avenue, Suite 204
Miami, FL 33183
(305) 412-4443 Office
(305) 704-8217 Fax
e-mail: hm@henrymarineslaw.com